JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

GIOVANNI GAVAL BRANDOLINO,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,

Defendants.

No. 2:26-cv-00077-BFM

**ORDER GRANTING STIPULATION FOR DISMISSAL *WITHOUT* PREJUDICE**

Upon consideration of the Stipulation for Dismissal (the "Stipulation") entered into by Plaintiff Giovanni Gaval Brandolino and Defendants the United States Citizenship and Immigration Services ("USCIS"), Todd Blanche, in his official capacity as the Acting United States Attorney General[1], Markwayne Mullin, in his official capacity as the Secretary of the United States Department of Homeland Security[2], Joeseph B. Edlow, in his official capacity as Director of the USCIS, and Caroline L. Rouxel, in her official capacity as the Field Office Director for the "Chatsworth USCIS District Office" (collectively the "Defendants") (collectively with the Plaintiff, the "Parties"), and finding good cause therefor, hereby ORDERS as follows,

1. The Stipulation for Dismissal is GRANTED.

2. The Complaint is Dismissed *without* prejudice because on May 12, 2026, USCIS re-opened the adjudication of Plaintiff's I-130 and I-485 Applications that were at issue in the Complaint [Dkt. 1]. Therefore, USCIS has not made a final agency action against Plaintiff, as required to establish jurisdiction in this Court under the Administrative Procedure Act (5 U.S.C. §§ 551–559).

3. The Parties shall each bear their own costs, fees, and expenses.

**IT IS SO ORDERED.**

Dated: _____05/18/2026_____    _____

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

---

[1] The successors of public officers sued in their official capacities are automatically substituted for their predecessors. Fed. R. Civ. P. 25(d).

[2] *Supra*, Footnote 1.

1